UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

TWINS INTERNATIONAL MARKETING,
A Foreign Company

       Plaintiff,

v.

LAGACI, INC., A Florida Corporation.

       Defendants.
_____/

## COMPLAINT

Plaintiff, TWINS INTERNATIONAL MARKETING (Twins), sues Defendant LAGACI, INC (Defendant), and alleges:

## PARTIES

1. At all times material herein, Plaintiff, Twins International Marketing, was, and continues to be a company organized under the laws of the Country of Pakistan.

2. Defendant, Lagaci, Inc. is a Florida Corporation.

## JURISDICTION & VENUE

3. Personal Jurisdiction over the Defendant is proper because Defendant is a Florida Corporation.

4. Subject Matter jurisdiction is invoked pursuant to 28 U.S.C. § 1332 as the parties are completely diverse in citizenship, and the amount in controversy exceeds $75,000.

5. Venue in this district is proper pursuant because a substantial part of the events or omissions on which the claim is based occurred in the Southern District of Florida.

## **FACTS**

6. Twins International Marketing is a manufacturer and exporter of woven and knitted garments.

7. Defendant is in the business of selling resort and surf apparel for women and men duly imported from abroad.

8. In 2011, Defendant started purchasing products from Twins.

9. As a part of the terms and conditions of any agreement or sale, the parties agreed that all the products would be inspected by a third party, KRT (Lagaci's Approved Inspection Company), and/or inspected by Lagaci upon reaching shipment to their warehouse at Miami, Florida.

10. The shipments were to be inspected twice by KRT; first, the goods were to be inspected after the goods were packed in a carton; second, the goods were to be inspected during the process of loading into the container.

11. Twins received several purchase orders from Defendants.  A copy of purchase order 1148 is attached as Exhibit A; A copy of purchase order 1150 is attached as Exhibit B; A copy of purchase order number 1163 is attached as Exhibit C; A copy of purchase order number 1169 is attached as Exhibit D; A copy of purchase order number 1175 is attached as Exhibit E.

12. Because of blocked funds from Defendant, other circumstances shipments were getting delayed, and delay in shipments, Defendant advised Plaintiff to send some shipments (selected quantities) from all the purchase orders by air, at Plaintiff's cost, without inspection, on the condition that they would inspect the goods in the United States and release payment. Defendant further agreed to pay Twins five cents per piece as their contribution in Air shipment.

13. On or about, January 15, 2013, Twins shipped 100 cartons of goods, which were inspected and approved before leaving Karachi, Pakistan. The shipment arrived on March 12, 2013 at the Port of Florida. Defendant took possession of the goods. Twins billed Defendant $11,880 for those goods. *See,* Exhibit F. To date, Twins has not been paid for the shipment.

14. On or about February 8, 2013, Twins shipped 159 cartons of goods, which were approved to ship, but KRT did not inspect the goods. Due to delay and with approval from Lagaci, Inc., Plaintiff air shipped the goods at their cost, and the goods were delivered on February 19, 2013. Defendant stated inspection would occur at their warehouse in the U.S. Defendant took possession of the goods. Twins billed Defendant $17,790.12 for those goods. *See,* Exhibit G. To date, Twins has not been paid for the shipment.

15. On or about February 15, 2013, Twins shipped 171 cartons of goods, which were approved to ship, but KRT did not inspect the goods. Due to delay and with approval from Lagaci, Inc., Plaintiff air shipped the goods at their cost, and the goods were delivered on March 26, 2013. Defendant stated inspection would occur at their warehouse in the U.S. Defendant took possession of the goods. Twins billed Defendant $22,882.65 for those goods. *See*, Exhibit H. To date, Twins has not been paid for the shipment.

16. On or about March 26, 2013, Twins shipped 380 cartons of goods, which were inspected and approved. Due to delay, Twins shipped via air at their cost and the goods were delivered on April 6, 2013. Defendant took possession of the goods. *See*, Exhibit I. Twins billed Defendant $42,333.68 for those goods. To date, Twins has not been paid for the shipment.

## COUNT I – BREACH OF CONTRACT

17. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 16 as if fully set herein.

18. The parties to this lawsuit entered into a contract for the purchase of products. Exhibit A.

19. In accordance with purchase order no. 1148, Twins shipped the goods to Defendant.

20. Defendant inspected, accepted, and took possession of the goods.

21. Defendant did not pay Twins for these goods.

22. Twins billed Defendant $19,618.20 for those goods.  Exhibits H & I.

23. To date, Twins has not been paid for the shipment.

24. Defendant has failed to make payment to Twins in accordance with the parties' agreement.

25. By failing to make payment pursuant to the parties' agreement, Defendant has breached the agreement.

26. Twins has been damaged in the sum of $11,880 as a result of Defendant's breach.

WHEREFORE, Plaintiff, **TWINS INTERNATIONAL MARKETING,** prays this Court to enter judgment against **LAGACI, INC.** for: (a) actual and compensatory damages; (b) costs; (c) pre-judgment and post-judgment interest; and (d) such further relief that this Court deems just and proper.

## COUNT II – BREACH OF CONTRACT

27. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 26 as if fully set herein.

28. The parties to this lawsuit entered into a contract for the purchase of products. Exhibit B.

29. In accordance with purchase order no 1150, Twins shipped the goods to Defendant.

30. Defendant inspected, accepted, and took possession of the goods.

31. Defendant did not pay Twins for these goods.

32. Twins billed Defendant $43,020.21 for those goods. *See*, Exhibits F, G, H, and I.

33. To date, Twins has not been paid for the shipment.

34. Defendant has failed to make payment to Twins in accordance with the parties' agreement.

35. By failing to make payment pursuant to the parties' agreement, Defendant has breached the agreement.

36. Twins has been damaged in the sum of $43,020.21 as a result of Defendant's breach.

WHEREFORE, Plaintiff, **TWINS INTERNATIONAL MARKETING,** prays this Court to enter judgment against **LAGACI, INC.** for: (a) actual and compensatory damages; (b) costs; (c) pre-judgment and post-judgment interest; and (d) such further relief that this Court deems just and proper.

## COUNT III _- BREACH OF CONTRACT

37. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 36 as if fully set herein.

38. The parties to this lawsuit entered into a contract for the purchase of products. Exhibit C.

39. In accordance with purchase order no 1163, Twins shipped the goods to Defendant.

40. Defendant inspected, accepted, and took possession of the goods.

41. Defendant did not pay Twins for these goods.

42. Twins billed Defendant $3,113.10 for those goods. *See*, Exhibit I.

43. To date, Twins has not been paid for the shipment.

44. Defendant has failed to make payment to Twins in accordance with the parties' agreement.

45. By failing to make payment pursuant to the parties' agreement, Defendant has breached the agreement.

46. Twins has been damaged in the sum of $3,113.10 as a result of Defendant's breach.

WHEREFORE, Plaintiff, **TWINS INTERNATIONAL MARKETING,** prays this Court to enter judgment against **LAGACI, INC.** for: (a) actual and compensatory damages; (b) costs; (c) pre-judgment and post-judgment interest; and (d) such further relief that this Court deems just and proper.

## COUNT IV - BREACH OF CONTRACT

47. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 46 as if fully set herein.

48. The parties to this lawsuit entered into a contract for the purchase of products. Exhibit D.

49. In accordance with purchase order no 1169, Twins shipped the goods to Defendant. Exhibit D

50. Defendant inspected, accepted, and took possession of the goods.

51. Defendant did not pay Twins for these goods.

52. Twins billed Defendant $24,272.80 for those goods.  *See*, Exhibits G, H, and I.

53. To date, Twins has not been paid for the shipment.

54. Defendant has failed to make payment to Twins in accordance with the parties' agreement.

55. By failing to make payment pursuant to the parties' agreement, Defendant has breached the agreement.

56. Twins has been damaged in the sum of $24,272.80 as a result of Defendant's breach.

WHEREFORE, Plaintiff, **TWINS INTERNATIONAL MARKETING,** prays this Court to enter judgment against **LAGACI, INC.** for: (a) actual and compensatory damages; (b) costs; (c) pre-judgment and post-judgment interest; and (d) such further relief that this Court deems just and proper.

## COUNT V  - BREACH OF CONTRACT

57. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 56 as if fully set herein.

58. The parties to this lawsuit entered into a contract for the purchase of products. Exhibit D.

59. In accordance with purchase order no. 1175, Twins shipped the goods to Defendant.  Exhibit E

60. Defendant inspected, accepted, and took possession of the goods.

61. Defendant did not pay Twins for these goods.

62. Twins billed Defendant $6,163.08 for those goods.  *See*, Exhibit I.

63. To date, Twins has not been paid for the shipment.

64. Defendant has failed to make payment to Twins in accordance with the parties' agreement.

65. By failing to make payment pursuant to the parties' agreement, Defendant has breached the agreement.

66. Twins has been damaged in the sum of $6,163.08 as a result of Defendant's breach.

WHEREFORE, Plaintiff, **TWINS INTERNATIONAL MARKETING,** prays this Court to enter judgment against **LAGACI, INC.** for: (a) actual and compensatory damages; (b) costs; (c) pre-judgment and post-judgment interest; and (d) such further relief that this Court deems just and proper.

## COUNT VI– UNJUST ENRICHMENT

67. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 66 as if fully set forth herein.

68. Twins furnished certain products and/or materials to Defendant at its request.

69. Defendant voluntarily accepted, had knowledge of, and benefitted from the products and/or materials provided to it by Twins.

70. Twins has not been fully paid for the products and/or material it delivered to Defendant, and for which Defendant has retained.

71. Defendant's acceptance and retention of the products and/or materials provided by Twins make it inequitable for them to retain the benefit without paying Twins for the reasonable value of those products and/or materials.

WHEREFORE, Plaintiff, **TWINS INTERNATIONAL MARKETING,** prays this Court to enter judgment against **LAGACI, INC.** for: (a) actual and compensatory damages; (b)

costs; (c) pre-judgment and post-judgment interest; and (d) such further relief that this Court deems just and proper.

## COUNT VII – OPEN ACCOUNT

72. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 71 as if fully set forth herein.

73. Attached hereto as Exhibits F, G, H, and I and incorporated herein are the copies of the Statements of Account, with regard to the account at issue herein.

74. Defendant owes Twins $94,886.45 that is due with interest according to the attached account.

WHEREFORE, Plaintiff, **TWINS INTERNATIONAL MARKETING.,** prays this Court to enter judgment against **LAGACI, INC.** for: (a) actual damages; (b) costs; (c) pre-judgment and post-judgment interest; and (d) such further relief that this Court deems just and proper.

## COUNT VIII– ACCOUNT STATED

75. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 74 as if fully set forth herein.

76. Attached hereto as Exhibits F, G, H, and I and incorporated herein are the copies of the Statements of Account, with regard to the account at issue herein.

77. The parties made a previous transaction that created a financial liability.

78. The parties agreed that the balance in the invoice is correct, and there was an express or implicit promise to pay this balance.

79. Defendant did not object to the bill.

80. The balance remains unpaid.

81. Defendant owes Twins $94,886.45 that is due with interest according to the attached account.

WHEREFORE, Plaintiff, **TWINS INTERNATIONAL MARKETING,** prays this Court to enter judgment against **LAGACI, INC.** for: (a) actual damages; (b) costs; (c) pre-judgment and post-judgment interest; and (d) such further relief that this Court deems just and proper.

## JURY TRIAL DEMAND

Twins International Marketing requests a jury trial on all questions of fact raised by this Complaint.

Dated: February 26, 2014

**SOLNICK LAW, P.A.**
1815 Griffin Road
Suite 207
Ft. Lauderdale, FL 33004
Phone: 954-321-0176
Fax: 954-321-0177

/s/ *Peter J. Solnick, Esquire*
By: _____
Peter J. Solnick, Esq/FBN 670006